IT IS HEREBY ORDERED
AS DESCRIBED BELOW.

DATED: April 08, 2010



Honorable Margaret Dee McGarity
Chief United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

In Re:

TERESA M. BONINO
f/k/a TERESA M. STRZYZEWSKI

Debtor.

CASE NO. 09-38288-mdm
CHAPTER 7

ORDER GRANTING U.S. BANK NATIONAL ASSOCIATION
RELIEF FROM AUTOMATIC STAY AND ABANDONMENT

This case came before the Court on the Motion for Relief from Automatic Stay and for Abandonment (the "Motion") filed by U.S. Bank National Association (hereinafter "Creditor"), dated March 2, 2010.

---

Janine L. Collette, Esq.
Attorneys for U.S. Bank National Association
Kohner, Mann & Kailas, S.C.
Washington Building
4650 North Port Washington Road
Milwaukee, WI 53212-1059
Telephone: (414) 962-5110
Facsimile: (414) 962-8725
Email: jcollette@kmklawfirm.com

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

In Re:
    TERESA M. BONINO
    f/k/a TERESA M. STRZYZEWSKI

CASE NO. 09-38288-mdm
CHAPTER 7

Debtor.

ORDER GRANTING U.S. BANK NATIONAL ASSOCIATION
RELIEF FROM AUTOMATIC STAY AND ABANDONMENT

This case came before the Court on the Motion for Relief from Automatic Stay and for Abandonment (the "Motion") filed by U.S. Bank National Association (hereinafter "Creditor"), dated March 2, 2010.

Janine L. Collette, Esq.
Attorneys for U.S. Bank National Association
Kohner, Mann & Kailas, S.C.
Washington Building
4650 North Port Washington Road
Milwaukee, WI 53212-1059
Telephone: (414) 962-5110
Facsimile: (414) 962-8725
Email: jcollette@kmklawfirm.com

The Court, after reviewing the record in this case, including the above-mentioned Motion, finds in this matter that notice and opportunity for hearing to the parties in interest was appropriate in the circumstances, that no objections were timely raised against said Motion; that Creditor seeks an Order terminating the stay of proceedings under 11 U.S.C. § 362 and requiring the Trustee to abandon the estate's interest in the Collateral under U.S.C. § 554, so as to allow Creditor (and its principals, successors, assigns and/or the holder of the mortgage) to proceed with foreclosure and to enforce rights, interests, claims and liens against the property commonly known as 1214 South 18th Street, Manitowoc, Wisconsin 54220, owned by Teresa M. Bonino (herein the "Debtor"); that it appears the Debtor has no equity in the property subject to the loan and security documents described in the Motion; that said property is not necessary for an effective reorganization of the Debtor or her estate; the mortgage interest and lien in and against the subject property cannot be adequately protected by the Debtor or the bankruptcy estate; that the property is burdensome or of inconsequential value and benefit to the bankruptcy estate; and that Creditor should be allowed the relief it seeks. Therefore, it is hereby

ORDERED:

That the Motion for Relief from Automatic Stay and for Abandonment filed by U.S. Bank National Association ("Creditor"), and dated March 2, 2010, be and hereby is granted; that the stay of proceedings under 11 U.S.C. § 362 is terminated, so as to allow Creditor (and its principals, successors, assigns and/or the holder of the mortgage) to enforce rights, interests, claims and liens in and against the property commonly known as 1214 South 18th Street, Manitowoc, Wisconsin, 54220, owned by Teresa M. Bonino (the "Debtor"), subject to the real estate mortgage dated July 18, 2003, recorded on July 24, 2003, in the Office of the Register of Deeds for Manitowoc County, in Volume 1870, at Page 675, as Document No. 944859, in

2

Case 09-38288-mdm    Doc 9    Filed 04/08/10    Page 3 of 4

accordance with the terms of the loan and security documents and applicable state law, including but not limited to proceedings to foreclose and liquidate the property, and the application of the proceeds to the indebtedness owed by the Debtor; that the Trustee abandon the estate's interest in the above-referenced property and the entry of this Order shall constitute said abandonment pursuant to 11 U.S.C. § 554;

IT IS FURTHER ORDERED that the Court waives the 10-day stay regarding orders granting a Motion for Relief from Automatic Stay, as referenced in Federal Rule of Bankruptcy Procedure 4001(a)(3).

#####

W:\FORECLOSURE\BANKRUPTCY\Ch 7\Ros Order.doc